# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MARK ERDBERG, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 2:16-cv-01880-SGC |
| ) | |
| FIVE BROTHERS MORTGAGE ) | |
| COMPANY SERVICES AND ) | |
| SECURING, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT[1]

In accordance with the accompanying memorandum opinion and with Rule 58 of the *Federal Rules of Civil Procedure*, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the defendants' motions for summary judgment (Docs. 38, 39, 40) are **GRANTED** and all claims asserted in this matter are **DISMISSED WITH PREJUDICE**.

**DONE** this 1st day of March, 2019.

_____
STACI  G. CORNELIUS
U.S. MAGISTRATE JUDGE

---

[1] The parties have unanimously consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).  (Doc. 13, 36).